1  MICHAEL J. STEINER (State Bar No. 112079)
   SEVERSON & WERSON
2  A Professional Corporation
   One Embarcadero Center, Suite 2600
3  San Francisco, CA  94111
   Telephone:  (415) 398-3344
4  Facsimile:  (415) 956-0439

5  Attorneys for Specially Appearing
   Defendants WELLS FARGO & COMPANY
6  and WELLS FARGO BANK, N.A.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.<br><br>Defendant. | Case No.:  C-05-3403-CRB<br><br>**STIPULATION REGARDING DEFENDANTS' RESPONSE TO COMPLAINT**<br><br>Complaint Filed:  August 22, 2005 |

   Plaintiffs, by and through their counsel of record, and Defendants, specially appearing by and through their counsel of record, hereby stipulate that Defendants shall have until October 12, 2005 to respond to the Complaint.

   This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties, and does not constitute a general appearance by either of the Defendants.

   DATED: September 19, 2005          SEVERSON & WERSON
                                      A Professional Corporation

                                      By: _____
                                          Michael J. Steiner, Esq.
                                      Counsel for Specially Appearing Defendants,
                                      WELLS FARGO & COMPANY and WELLS
                                      FARGO BANK, N.A.

Case No. C 05-3403 CRB
STIPULATION REGARDING DEFENDANTS'
RESPONSE TO COMPLAINT

1 | DATED: September 16, 2005

By _____
Gail Killefer, Esq.
Counsel for Plaintiff, STEPHEN C. YEAGLEY

October 3, 2005

**APPROVED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. C 05-3403 CRB
STIPULATION REGARDING DEFENDANTS' TO COMPLAINT
TO COMPLAINT

2