1  MICHAEL J. STEINER (State Bar No. 112079)
   MARK D. LONERGAN (State Bar No. 143622)
2  LINDSAY J. NICHOLS (State Bar No. 226980)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439
   mjs@severson.com
6
   Attorneys for Defendants
7  WELLS FARGO & COMPANY and WELLS
   FARGO HOME MORTGAGE, a division of
8  WELLS FARGO BANK, N.A.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

| STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated, | Case No.: C-05-3403-CRB |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| vs. | |
| WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A., | |
| Defendant. | |

18    Pursuant to Local Rule 6-1(a), plaintiff STEPHEN C. YEAGLEY ("Plaintiff"), and

19  defendants WELLS FARGO & COMPANY and WELLS FARGO HOME MORTGAGE, a

20  division of WELLS FARGO BANK, N.A. ("Defendants"), by and through their respective counsel

21  of record, hereby stipulate that Defendants will have an extension of fourteen (14) days to answer

22  Plaintiff's Class Action Complaint in the above entitled matter. Pursuant to that stipulation,

23  Defendants will now file an answer by February 16, 2006.

24     ////
25     ////
26     ////
27     ////
28

---
07725/0070/570052.1                    STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT
                                       Case No.: C-05-3403-CRB.

1  DATED: January 31, 2006         By: _____
                                        Michael J. Steiner
2                                       Counsel for Defendants
                                        WELLS FARGO & COMPANY and WELLS
3                                       FARGO HOME MORTGAGE, a division of
                                        WELLS FARGO BANK, N.A.
4

5

6  DATED: 2/6/06                   By: _____
                                        Gail Killefer
7                                       Counsel for Plaintiff
                                        STEPHEN A. YEAGLEY
8

9

10

11  February 6, 2006

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07725/0070/570052.1                             2
                              STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT
                                                     Case No.: C-05-3403-CRB