1 | MICHAEL J. STEINER (State Bar No. 112079)
  | MARK D. LONERGAN (State Bar No. 143622)
2 | LINDSAY J. NICHOLS (State Bar No. 226980)
  | SEVERSON & WERSON
3 | A Professional Corporation
  | One Embarcadero Center, Suite 2600
4 | San Francisco, CA 94111
  | Telephone: (415) 398-3344
5 | Facsimile: (415) 956-0439
  | ljn@severson.com
6 |
  | Attorneys for Defendants
7 | WELLS FARGO & COMPANY AND
  | WELLS FARGO HOME MORTGAGE, a
8 | division of WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN C. YEAGLEY, on behalf of himself and those similarly situated,,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: C-05-3403-CRB<br><br>**STIPULATION REGARDING MEDIATION;** [PROPOSED] **ORDER** |

Pursuant to ADR Local Rule 6-5, the parties hereby request an extension of the deadline for conducting a mediation of this case. The parties stipulate as follows:

1. this case is pled as a putative nationwide class action,

2. a hearing on the class certification issue in this case is now tentatively scheduled for August 4, 2006,

3. this case has been assigned to mediation through the Court's Alternative Dispute Resolution process, and the Court has ordered that mediation occur before April 27, 2006,

4. the parties believe that mediation will be more productive after a ruling on class certification,

07725/0070/574586.2    STIPULATION REGARDING MEDIATION; [PROPOSED] ORDER

5. the parties agree to extend the deadline for mediation of this case to March 1, 2007, and request that the Court so extend the deadline.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 17, 2006

SEVERSON & WERSON
A Professional Corporation

By: _____
Michael J. Steiner, Esq.
Counsel for Defendants
WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.

DATED: March 17, 2006

JAMES HOYER NEWCOMER & SMILJANICH, P.A.

By _____
Kathleen Clark Knight
Counsel for Plaintiff
STEPHEN C. YEAGLEY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 21, 2006

_____
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer