| | |
|---|---|
| 1 | GAIL KILLEFER, Esq. (California Bar No. 157248) |
| 2 | 417 Montgomery Street, Suite 300<br>San Francisco, CA 94104 |
| 3 | Telephone: 415/362-8640<br>Facsimlie: 415/383-8545 |
| 4 | Email: gkillefer@aol.com |
| 5 | Terry Smiljanich (Florida Bar No. 145359)<br>Kathleen Clark Knight (Florida Bar No. 0047120) |
| 6 | Tamra Carsten Givens (Florida Bar No. 0657638)<br>JAMES, HOYER, NEWCOMER & SMILJANICH, P.A. |
| 7 | 4830 West Kennedy Blvd.<br>Urban Centre One, Suite 550 |
| 8 | Tampa, FL  33609<br>Telephone:  813/286-4100 |
| 9 | Facsimile: 813/286-4174<br>Email: tsmiljanich@jameshoyer.com |
| 10 | kknight@jameshoyer.com<br>tgivens@jameshoyer.com |
| 11 | Douglas Bowdoin (Florida Bar No. 310360) |
| 12 | DOUGLAS BOWDOIN, P.A.<br>255 S. Orange Avenue, Suite 800 |
| 13 | Orlando, FL 32801<br>Telephone: 407/422-0025 |
| 14 | Facsimile: 407/843-2448<br>Email: dbowdoin@bowdoinlaw.com |
| 15 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated, | ) ) ) | NO. C-05-3403-CRB |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A., | ) ) ) | |
| Defendants | ) ) ) | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLEASE TAKE NOTICE that Terry A. Smiljanich and Tamra Carsten Givens shall be substituted in place of Kathleen Clark Knight, as attorney of record for Plaintiff Stephen C. Yeagley in the above-captioned matter. All future pleadings, correspondence and other matters pertaining to this case should now be directed to Terry A. Smiljanich and Tamra Carsten Givens, James, Hoyer, Newcomer & Smiljanich, P.A., 4830 W. Kennedy Boulevard, Suite 550, Tampa, Florida 33609-2589.

**Dated**: June 1, 2006

6/02/06

Respectfully Submitted,

**JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.**

*/s/ Kathleen Clark Knight*
Kathleen Clark Knight
*Appearance Pro Hac Vice*

Terry A. Smiljanich
Tamra Carsten Givens

Gail Killefer, Esquire

**DOUGLAS BOWDOIN, P.A.**
Douglas Bowdoin

**DARBY, PEELE, BOWDOIN & PAYNE**
W. Roderick Bowdoin
P. O. Drawer 1707
Lake City, FL  32056
Telephone:  386/752-4120
Facsimile:  386/755-4569

**LAW OFFICES OF J. CRAIG BOURNE**
J. Craig Bourne
1520 East Livingston Street
Orlando, FL  32803
Telephone:  407/894-6750
Facsimile:  407/894-4735

Attorneys for Plaintiffs

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

Notice of Substitution of Counsel
Case No. C-05-3403-CRB

1