GAIL KILLEFER, Esq. (California Bar No. 157248)
417 Montgomery Street, Suite 300
San Francisco, CA 94104
Telephone: 415/362-8640
Facsimlie: 415/383-8545
Email: gkillefer@aol.com

Terry Smiljanich (Florida Bar No. 145359)
Tamra Carsten Givens (Florida Bar No. 0657638)
JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.
4830 West Kennedy Blvd.
Urban Centre One, Suite 550
Tampa, FL 33609
Telephone: 813/286-4100
Facsimile: 813/286-4174
Email: tsmiljanich@jameshoyer.com
tgivens@jameshoyer.com

Douglas Bowdoin (Florida Bar No. 310360)
DOUGLAS BOWDOIN, P.A.
255 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: 407/422-0025
Facsimile: 407/843-2448
Email: dbowdoin@bowdoinlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants | NO. C-05-3403-CRB<br><br>CLASS ACTION<br><br>**STIPULATION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE AND FOR CONTINUANCE OF HEARING ON MOTION FOR CLASS CERTIFICATION; AND ~~[PROPOSED~~] ORDER** |

Pursuant to Civ. L. R. 6-2, the parties stipulate to the following:

1. Following the Initial Case Management Conference which was held on January 27, 2006, this Court set Plaintiff's Motion for Class Certification for hearing on August 4, 2006 at 10:00 a.m.

2. The parties stipulate to extend the class certification briefing schedule as follows:

| Event | Proposed Date |
|---|---|
| Plaintiff's Class Certification Motion | August 28, 2006 |
| Defendant's Opposition to Class Certification Motion | September 29, 2006 |
| Plaintiff's Reply to Response re Class Certification | October 13, 2006 |
| Hearing on Class Certification Motion | November 3, 2006 |

3. The parties request the extension herein in order to allow additional time for completion of discovery related to class certification.

4. The parties request that the hearing on Plaintiff's motion for class certification be rescheduled for November 3, 2006 at 10:00 a.m., or as soon thereafter as the matter may be heard.

IT IS SO STIPULATED:

DATED: June 8, 2006

/s/ Tamra Carsten Givens
Tamra Carsten Givens
Counsel for Plaintiff

DATED: June 8, 2006

/s/ Michael J. Steiner
Michael J. Steiner
Counsel for Defendants

Filer's Attestation: Pursuant to Section X(B) of General Order No. 45, Tamra Carsten Givens hereby attests that concurrence in the filing of this document has been obtained from Michael J. Steiner.

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff's motion for class certification will be heard on _November 3, 2006_____ at 10:00 a.m.

DATED: __June 8________, 2006

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

______________________________
The Honorable Charles R. Breyer
United States District Judge

GAIL KILLEFER, Esq. (California Bar No. 157248)
417 Montgomery Street, Suite 300
San Francisco, CA 94104
Telephone: 415/362-8640
Facsimlie: 415/383-8545
Email: gkillefer@aol.com

Terry Smiljanich (Florida Bar No. 145359)
Tamra Carsten Givens (Florida Bar No. 0657638)
JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.
4830 West Kennedy Blvd.
Urban Centre One, Suite 550
Tampa, FL 33609
Telephone: 813/286-4100
Facsimile: 813/286-4174
Email: tsmiljanich@jameshoyer.com
tgivens@jameshoyer.com

Douglas Bowdoin (Florida Bar No. 310360)
DOUGLAS BOWDOIN, P.A.
255 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: 407/422-0025
Facsimile: 407/843-2448
Email: dbowdoin@bowdoinlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants | NO. C-05-3403-CRB<br><br>**DECLARATION OF TAMRA CARSTEN GIVENS IN SUPPORT OF STIPULATION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE AND FOR CONTINUANCE OF HEARING ON MOTION FOR CLASS CERTIFICATION** |

I, TAMRA CARSTEN GIVENS, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of Florida. I am a member of the law firm of James, Hoyer Newcomer & Smiljanich, P.A., one of the counsel of record for Plaintiff in this action. I have been admitted *pro hac vice* in this action.

2. Pursuant to Civ. L.R. 6-2, the parties have stipulated to an extension of the class certification briefing schedule. The parties have requested the extension in order to allow additional time for completion of discovery related to class certification.

3. There has been no prior modification of the class certification briefing schedule in this action.

4. This Court has not adopted a case schedule beyond class certification. Therefore, the requested extension will not affect the schedule for the case.

I declare under penalty of perjury of the laws of the United States, State of Florida, and the State of California that the foregoing is true and correct. Executed this 8th day of June, 2006, in Tampa, Florida.

/s/ Tamra Carsten Givens
TAMRA CARSTEN GIVENS