IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. YEAGLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO & COMPANY et al.,<br><br>    Defendants.                              / | No. C 05-03403 CRB<br><br>**ORDER** |

Now pending before the Court is the parties' stipulated protective order. The protective order appears to conflict with Civil Local Rule 79-5. <u>See</u> Proposed Protective Order at ¶¶ 15-17. Accordingly, the Court will not sign the order as currently proposed.

**IT IS SO ORDERED.**

Dated: July 12, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3403\orderreprotectiveorder.wpd