1  MICHAEL J. STEINER (State Bar No. 112079)
   MARK D. LONERGAN (State Bar No. 143622)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5  mjs@severson.com

6  Attorneys for Defendants
   WELLS FARGO & COMPANY and
7  WELLS FARGO HOME MORTGAGE, a
   division of WELLS FARGO BANK, N.A.

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  STEPHEN C. YEAGLEY, on behalf of        Case No.:   C-05-3403-CRB
    himself and those similarly situated,
12                                          **STIPULATION REGARDING
            Plaintiff,                       MEDIATION AND CASE
13                                           SCHEDULING; AND [~~PROPOSED~~]
       vs.                                   ORDER**
14
    WELLS FARGO & COMPANY and               Complaint Filed:  August 22, 2005
15  WELLS FARGO BANK, N.A.,                 Trial Date:       Not set

16          Defendants.

17         Plaintiff has brought this case as a putative nationwide class action alleging violations of

18  the Fair Credit Reporting Act.

19         The parties have been engaging in discovery including written interrogatories, document

20  production, and the deposition of Wells Fargo Home Mortgage's corporate representative.

21         The parties have had preliminary settlement discussions and have agreed to go to

22  mediation within 60 days, and intend to seek as a mediator a retired judge affiliated with JAMS.

23  The parties believe that judicial efficiency would be served by staying this action for

24  approximately sixty days while they engage in mediation in an effort to reach an early resolution.

25  In the event that progress is made at the mediation, and the parties agree that additional efforts at

26  resolution would be beneficial, the parties may seek an extension of the stay.  Accordingly, the

27  parties, through their counsel of record, hereby stipulate as follows.

28

1    1.    This action shall be stayed for sixty days.

2    2.    All current deadlines, including but not limited to discovery deadlines and motion

3  filing deadlines shall be deferred by approximately sixty days, as specifically set forth below.

4    3.    A hearing on Defendants' motion for a protective order, currently set for

5  September 1, 2006, shall be reset for November 10, 2006.  Plaintiff reserves the right to seek an

6  earlier resolution of that motion, following the expiration of the stay, or to seek an additional

7  extension of the class certification schedule to permit Court to rule on the matter presented in

8  Defendants' motion for protective order and to complete additional discovery, if any, permitted

9  by that Order.  Defendant reserves the right to oppose any such relief Plaintiff may seek.

10    4.    Plaintiff's deadline of August 28, 2006 for filing his class certification motion is

11  hereby vacated and reset for November 8, 2006.

12    5.    Defendants' opposition to plaintiff's class certification motion shall be due

13  December 8, 2006.

14    6.    Plaintiff's reply papers on the motion for class certification shall be due December

15  22, 2006.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

07725/0070/592340.2

Stipulation Re Mediation and Case Scheduling; & [Proposed] Order
Case No.  C-05-3403-CRB

1      7.      The hearing on plaintiff's motion for class certification shall be January 19, 2007,

2  or such other date in January 2007 set by the Court.

3  DATED:  August 4, 2006          SEVERSON & WERSON
                                     A Professional Corporation

4

5                                  By:      /s/ Michael J. Steiner
                                          Michael J. Steiner

6                                  Counsel for Defendants
                                WELLS FARGO & COMPANY and WELLS

7                                  FARGO HOME MORTGAGE, a division of
                                WELLS FARGO BANK, N.A.

8

9  DATED:  August 4, 2006          JAMES, HOYER, NEWCOMER & SMILJANICH,
                                  P.A.

10

11                                  By:     /s/ Jill Bowman
                                        Jill Bowman

12                                  Counsel for Plaintiff

13  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
"conformed" signature (/S/) within this efiled document.

14

15

16  IT IS SO ORDERED:

17  Dated:  August _07_, 2006

                              United States District

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

18

19

20

21

22

23

24

25

26

27

28

07725/0070/592340.2                            Stipulation Re Mediation and Case Scheduling; & [Proposed] Order
                                                          Case No.  C-05-3403-CRB