1  MICHAEL J. STEINER (State Bar No. 112079)
   MARK D. LONERGAN (State Bar No. 143622)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5  mjs@severson.com

6  Attorneys for Defendants
   WELLS FARGO & COMPANY and
7  WELLS FARGO HOME MORTGAGE, a
   division of WELLS FARGO BANK, N.A.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 STEPHEN C. YEAGLEY, on behalf of          Case No.:   C-05-3403-CRB
   himself and those similarly situated,
                                             **SECOND STIPULATION REGARDING
12              Plaintiff,                    MEDIATION AND CASE
                                             SCHEDULING; AND [PROPOSED]
13         vs.                               ORDER**

14 WELLS FARGO & COMPANY and                 Complaint Filed:  August 22, 2005
   WELLS FARGO BANK, N.A.,                   Trial Date:       Not set
15
                Defendants.
16

17         Plaintiff has brought this case as a putative nationwide class action alleging violations of

18 the Fair Credit Reporting Act.

19         On or about August 7, 2006 the parties entered into and the Court approved a

20 STIPULATION REGARDING MEDIATION AND CASE SCHEDULING AND [PROPOSED]

21 ORDER (The Stipulation).  The stipulation reflected the parties' desire to stay the action for 60

22 days and go to mediation before a retired judge at JAMS.

23         On October 5, 2006 the parties mediated the case before the Honorable Fern Smith of

24 JAMS.  The parties made some progress in their discussions, and adjourned to seek additional

25 information and guidance on various settlement proposals that were considered on October 5.

26 The parties anticipate having ongoing settlement discussions over the next 30 days in an effort to

27 resolve the matter.  Accordingly, the parties believe a 30 day extension of the stay would be in the

28

1  interests of judicial efficiency so that they may focus their efforts on resolution instead of various

2  litigation deadlines.  The parties, through their respective counsel, therefore stipulate as follows.

3      1.      This action shall be stayed for thirty additional days.

4      2.      All current deadlines, including but not limited to discovery deadlines and motion

5  filing deadlines shall be deferred by approximately thirty days, as specifically set forth below.

6      3.      A hearing on Defendants' motion for a protective order, currently set for

   January 5, 2007

7  November 17, 2006, shall be reset for ~~December 22, 2006~~.  Plaintiff reserves the right to seek an

8  earlier resolution of that motion, following the expiration of the stay, or to seek an additional

9  extension of the class certification schedule to permit Court to rule on the matter presented in

10 Defendants' motion for protective order and to complete additional discovery, if any, permitted

11 by that Order.  Defendant reserves the right to oppose any such relief Plaintiff may seek.

12     4.      Plaintiff's deadline of November 8, 2006 for filing his class certification motion is

13 hereby vacated and reset for December 8, 2006.

14     5.      Defendants' opposition to plaintiff's class certification motion shall be due

15 January 15, 2007.

16     6.      Plaintiff's reply papers on the motion for class certification shall be due January

17 29, 2007.

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

- 2 -

7.      The hearing on plaintiff's motion for class certification shall be February 23, 2007, or such other date as set by the Court.

DATED:  October 6, 2006               SEVERSON & WERSON
                                      A Professional Corporation


                                      By:  ____/s/ Michael J. Steiner_____
                                                Michael J. Steiner
                                      Counsel for Defendants
                                       WELLS FARGO & COMPANY and WELLS
                                      FARGO HOME MORTGAGE, a division of
                                      WELLS FARGO BANK, N.A.

DATED:  October 9, 2006               JAMES, HOYER, NEWCOMER & SMILJANICH,
                                       P.A.


                                      By:  ____/s/ Jill Bowman_____
                                                Jill Bowman
                                      Counsel for Plaintiff


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.


IT IS SO ORDERED:

Dated:  October _11_, 2006            _____
                                     United States District Court Judge