1   GAIL KILLEFER, Esq. (California Bar No. 157248)
    417 Montgomery Street, Suite 300
2   San Francisco, CA 94104
    Telephone: 415/362-8640
3   Facsimile: 415/383-8545
    Email: gkillefer@aol.com
4
    Terry Smiljanich (Florida Bar No. 145359)
5   Jill H. Bowman (Florida Bar No. 0057304)
    JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.
6   4830 West Kennedy Blvd.
    Urban Centre One, Suite 550
7   Tampa, FL  33609
    Telephone:  813/286-4100
8   Facsimile: 813/286-4174
    Email: tsmiljanich@jameshoyer.com
9           jbowman@jameshoyer.com

10  Douglas Bowdoin (Florida Bar No. 310360)
    DOUGLAS BOWDOIN, P.A.
11  255 S. Orange Avenue, Suite 800
    Orlando, FL 32801
12  Telephone: 407/422-0025
    Facsimile: 407/843-2448
13  Email: dbowdoin@bowdoinlaw.com

14  Attorneys for Plaintiffs

15

16                  UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18
    STEPHEN C. YEAGLEY, on behalf of   )   NO. C-05-3403-CRB
19  himself                            )
    and those similarly situated,      )
20                                      )   CLASS ACTION
                  Plaintiff,            )
21                                      )
          vs.                           )   STIPULATION AND ~~PROPOSED~~
22                                      )   ORDER TO FILE AMENDED
    WELLS FARGO & COMPANY and          )   COMPLAINT
23  WELLS FARGO BANK, N.A.,            )
                                        )
24                Defendants            )
    _____ )
25

26

27

28

1    Plaintiff, by and through his counsel of record and defendant Wells Fargo &

2  Company and Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A.

3  (WFHM) hereby stipulate as follows:

4    1.    Plaintiff contends that WFHM violated the Fair Credit Reporting Act

5  by sending him a mailer which did not constitute a "firm offer of credit" after

6  WFHM prescreened his credit history.  WFHM contends that it made a firm offer

7  of credit and it did not violate the Fair Credit Reporting Act.

8    2.    Plaintiff's remaining claim in this action seeks recovery of statutory

9  damages and requires a finding of a willful violation of the Fair Credit Reporting

10 Act.

11   3.    Plaintiff and WFHM have been engaging in informal and formal

12 discovery.  Among other things, WFHM has produced its campaign files for the

13 pertinent prescreening and firm offer of credit programs.  In addition, plaintiff has

14 taken the deposition of WFHM's person most knowledgeable regarding

15 prescreening programs.

16   4.    Through the discovery described above and Defendant's Rule 26

17 statements, plaintiff has learned that WFHM has an advice of counsel defense

18 which could be asserted in defense to plaintiff's claim of willfulness.  Plaintiff

19 believes that WFHM's advice of counsel defense should not be available or will

20 fail for the period from July through September, 2005.

21   5.    Plaintiff further believes that he is most similarly situated with other

22 individuals who were sent mailers by WFHM between July 12, 2005 and

23 September, 2005, because his mailer was sent in July, 2005.  WFHM appears to

24 have changed its letter and practices commencing sometime after September,

25 2005.

26   6.    Accordingly, plaintiff desires to amend his complaint to change the

27 definition of the putative class in paragraph 38 of the amended complaint to reflect

28 the class described therein, namely, prescreen consumers who were sent mailers by

1   WFHM between July 12, 2005 and September 30, 2005. (The Amended

2   Complaint is attached as Exhibit A.)

3          7.     WFHM stipulates to the filing of plaintiff's amended complaint at this

4   stage of the proceeding.

5          8.     The parties further stipulate that WFHM may file a new Answer to

6   the Amended Complaint within 10 days of service of the Court's order granting

7   plaintiff leave to file an amended complaint.  Alternatively, if WFHM elects not to

8   file a new Answer, the parties stipulate that defendants' prior answer to the

9   original complaint shall stand as defendant's answer to the amended complaint

10  without the requirement of any additional filing by defendants.

11         9.     This stipulation is without prejudice to the rights, claims, defenses

12  and arguments of all parties.

13

14  Dated: _____, 2006     JAMES HOYER NEWCOMER &
                                           SMILJANICH PA
15

16                                    By: /s/ Jill Bowman _____
                                      Jill Bowman
17                                    Counsel for Plaintiff
                                      Steven Yeagley
18

19  Dated: _____, 2006     SEVERSON & WERSON
                                      A Professional Corporation
20

21                                    By: /s/ Michael Steiner _____
                                      Michael J. Steiner
22                                    Attorney for Defendants
                                      Wells Fargo & Co. and
23                                    Wells Fargo Bank, N.A.

24  Michael J. Steiner
    SEVERSON & WERSON, P.C.
25  One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
26  (415) 398-3344
    (415) 956-0439 (Facsimile)
27

28

1   Pursuant to the stipulation of the parties, the Amended Complaint shall be

2   considered filed as of the date of this Order.  IT IS SO ORDERED.

3

4   Dated:  ___October 27_____, 2006   _____

5   Charles R. Breyer
    United States District Court Judge

IT IS SO ORDERED

Judge Charles R. Breyer