

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED  NOV - 6 2006

NOV 1 3 2006

FILED
CLERK'S OFFICE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1815

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE WELLS FARGO BANK PRESCREENING LITIGATION

*Stephen C. Yeagley v. Wells Fargo & Co., et al.*, N.D. California, C.A. No. 3:05-3403
*Darrell Bruce v. Wells Fargo Bank, NA*, N.D. Indiana, C.A. No. 2:05-243
*Mary Johnson v. Wells Fargo Bank, NA*, E.D. Wisconsin, C.A. No. 2:06-297

### ORDER DEEMING MOTION WITHDRAWN

Before the Panel is a motion by plaintiff Darrell Bruce, filed pursuant to 28 U.S.C. § 1407. In his motion, plaintiff seeks centralization of the above-listed actions in the United States District Court for the Northern District of Indiana for coordinated or consolidated pretrial proceedings. Movant now seeks to withdraw his Section 1407 motion.

IT IS THEREFORE ORDERED that plaintiff's motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel