MICHAEL J. STEINER (State Bar No. 112079)
MARK D. LONERGAN (State Bar No. 143622)
JOSHUA E. WHITEHAIR (State Bar No. 244900)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
WELLS FARGO & COMPANY and
WELLS FARGO HOME MORTGAGE, a
division of WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.:  C-05-3403-CRB<br><br>**NOTICE OF AND STIPULATION REGARDING SETTLEMENT AND CASE SCHEDULING FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND [PROPOSED] ORDER**<br><br>Complaint Filed:   August 22, 2006<br>Trial Date:            Not Set |

Plaintiff has brought this case as a putative nationwide class action alleging violations of the Fair Credit Reporting Act.

On or about  October 5, 2006 the parties began a mediation before retired District Court Judge Fern Smith from  JAMS. On or about January 3, 2007, the parties reached an agreement in principle for the Settlement of the nationwide class action filed by Plaintiff against Wells Fargo & Co. and Wells Fargo Bank, N.A. ("Wells Fargo") for the class alleged in the Amended Class Action Complaint in this action.  The parties need additional time to complete the paperwork necessary for the filing of a Motion for Preliminary Approval of the Class Action settlement in accordance with Rule 23.  Accordingly, the parties believe that a stay of all pending pretrial deadlines is warranted and anticipate that Plaintiff will be able to file his Motion for Preliminary Approval of the Class Action Settlement by no later than February 28, 2007.  This stay of pretrial

proceedings and establishment of a schedule to begin the Court's review of the parties settlement would be in the interests of judicial efficiency.  The parties, through their respective counsel, therefore stipulate as follows.

1. All current deadlines, including but not limited to discovery deadlines and motion filing deadlines shall be stayed indefinitely or until further Order of the Court;

2. The hearing for Wells Fargo's motion for a protective order, currently set for January 5, 2007, and the hearing on Plaintiff's motion for class certification, currently set for February 23, 2007, shall be taken off calendar;

3. A hearing on Plaintiff's Motion for Preliminary Approval of the Class Action Settlement shall be set on March 16, 2007 or such other date as set by the Court;

4. The parties reserve the right to request an earlier date for hearing on the Motion for Preliminary Approval of the Class Action Settlement, so long as Plaintiff's motion is filed no less than 14 days prior to the hearing date set forth in the motion.

DATED: January 3, 2007          JAMES HOYER NEWCOMER & SMILJANICH PA

                                By:     /s/ Jill Bowman
                                            Jill Bowman

                                Attorneys for Plaintiff
                                STEPHEN C. YEAGLEY

DATED: January 3, 2007          SEVERSON & WERSON
                                A Professional Corporation


                                By:     /s/ Michael J. Steiner
                                            Michael J. Steiner

                                Attorneys for Defendants
                                WELLS FARGO & COMPANY and WELLS FARGO
                                HOME MORTGAGE, a division of WELLS FARGO BANK,
                                N.A.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

- 2 -

07725/0070/610370.1

Notice of and Stipulation Re Settlement and Case Scheduling for Motion for
Preliminary Approval of Class Action Settlement; and [Proposed] Order
Case No.:  C-05-3403-CRB

1   IT IS SO ORDERED.

2   DATED: January 05, 2007

3   _____
    Hon. Charles R. Breyer, U.S. District Court Judge



- 3 -

07725/0070/610370.1

Notice of and Stipulation Re Settlement and Case Scheduling for Motion for
Preliminary Approval of Class Action Settlement; and [Proposed] Order
Case No.:  C-05-3403-CRB