MICHAEL J. STEINER (State Bar No. 112079)
MARK D. LONERGAN (State Bar No. 143622)
JOSHUA E. WHITEHAIR (State Bar No. 244900)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
WELLS FARGO & COMPANY and
WELLS FARGO HOME MORTGAGE, a
division of WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: C-05-3403-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**<br><br>Complaint Filed:   August 22, 2006<br>Trial Date:             Not Set |

Plaintiff has brought this case as a putative nationwide class action alleging violations of the Fair Credit Reporting Act.

On or about January 3, 2007, the parties reached an agreement in principle for the Settlement of this class action.

Although the parties have made substantial progress, they need additional time to complete the paperwork necessary for filing a Motion for Preliminary Approval of the Class Action settlement in accordance with Rule 23.

Accordingly, the parties agree that the deadline for Plaintiff to file his Motion for Preliminary Approval should be extended by fourteen days.  Therefore, the parties, by and through their respective counsel of record, stipulate as follows:

07725/0070/617158.1                                    Stipulation and [Proposed] Order Re Case Scheduling for
Motion for Preliminary Approval of Class Action Settlement
Case No.: C-05-3403-CRB

1. The deadline for Plaintiff to file his Motion for Preliminary Approval currently set for February 28, 2007 shall be reset for March 14, 2007;

2. The hearing on Plaintiff's Motion for Preliminary Approval currently set for March 16, 2007 shall be reset for March 30, 2007 or such other date as set by the Court; and

3. This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

DATED: February 27, 2007          JAMES HOYER NEWCOMER & SMILJANICH PA

By: /s/ Jill Bowman
                                                  Jill Bowman

Attorneys for Plaintiff
STEPHEN C. YEAGLEY

DATED: February 27, 2007          SEVERSON & WERSON
                                  A Professional Corporation

By: /s/ Michael J. Steiner
                                                  Michael J. Steiner

Attorneys for Defendants
WELLS FARGO & COMPANY and WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

IT IS SO ORDERED.

DATED:  March 1    , 2007          _____
                                   United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

07725/0070/617158.1                                      - 2 -

Stipulation and [Proposed] Order Re Case Scheduling for
Motion for Preliminary Approval of Class Action Settlement
Case No.: C-05-3403-CRB