Terry A. Smiljanich (Florida Bar No. 145359) (appearance pro hac vice)
Jill H. Bowman (Florida Bar No. 057304) (appearance pro hac vice)
**JAMES HOYER NEWCOMER**
  **& SMILJANICH, P.A.**
4830 West Kennedy Boulevard, Suite 550
Tampa, FL  33609
Telephone:  (813) 286-4100
Facsimile:  (813) 286-4174

Douglas Bowdoin (Florida Bar No. 310360) (appearance pro hac vice)
**DOUGLAS BOWDOIN, P.A.**
255 South Orange Avenue, Suite 800
Orlando, FL  32801
Telephone:  (407) 422-0025
Facsimile:  (407) 843-2448

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated, <br><br>    Plaintiff, <br><br> v. <br><br> WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A., <br><br>    Defendants. | CASE NO.: C-05-3403-CRB <br><br> **STIPULATION FOR ENLARGMENT OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND [PROPOSED] ORDER** <br><br> Complaint Filed: August 22, 2005 <br> Trial Date:        Not Set |

Plaintiff has brought this case as a putative nationwide class action alleging violations of the Fair Credit Reporting Act.

On or about January 3, 2007, following mediation, the parties reached an agreement in principle for the Settlement of this class action.  The parties have made substantial progress toward completing negotiations and documentation of the settlement.  However, a handful of issues remain to be resolved, despite intensive negotiations and drafting of various documents.  Accordingly, the parties need additional time to resolve these issues or, if they are unable to be

07725/0070/619462.1
STIPULATION REGARDING CASE SCHEDULING                                         1

resolved among themselves, to consult the mediator, the Honorable Fern Smith (Ret.). Accordingly, the parties agree that the deadline for Plaintiff to file his Motion for Preliminary Approval be extended by nine days, through and including March 23, 2007. Therefore, the parties, by and through their respective counsel of record, stipulate as follows.

    1.    The current deadline for Plaintiff to file his Motion for Preliminary Approval of March 14, 2007 shall be vacated and reset for March 23, 2007.

Dated: March 14, 2007        JAMES, HOYER, NEWCOMER
                                              & SMILJANICH, P.A.

                                          By: /s/ Jill H. Bowman
                                              Jill H. Bowman

                                          Counsel for Plaintiff

Dated: March 14, 2007        SEVERSON & WERSON
                                              A Professional Corporation

                                          By: /s/ Michael J. Steiner
                                              Michael J. Steiner

                                          Counsel for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

IT IS SO ORDERED:

Dated: __March 16_____, 2007    _____
                                                 United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

07725/0070/619462.1
STIPULATION REGARDING CASE SCHEDULING                              2