1  Terry A. Smiljanich (Florida Bar No. 145359) (appearance pro hac vice)
   Jill H. Bowman (Florida Bar No. 057304) (appearance pro hac vice)
2  **JAMES HOYER NEWCOMER**
     **& SMILJANICH, P.A.**
3  4830 West Kennedy Boulevard, Suite 550
4  Tampa, FL  33609
   Telephone:  (813) 286-4100
5  Facsimile:  (813) 286-4174

6
   Douglas Bowdoin (Florida Bar No. 310360) (appearance pro hac vice)
7  **DOUGLAS BOWDOIN, P.A.**
   255 South Orange Avenue, Suite 800
8  Orlando, FL  32801
   Telephone:  (407) 422-0025
9  Facsimile:  (407) 843-2448

10
   Attorneys for Plaintiffs
11
   Michael J. Steiner (State Bar No. 112079)
12 **SEVERSON & WERSON**
   A Professional Corporation
13 One Embarcadero Center, Suite 2600
14 San Francisco, CA  94111
   Telephone:  (415) 398-3344
15 Facsimile:  (415) 956-0439

16
   Attorneys for Defendants

17

**UNITED STATES DISTRICT COURT**

18

**NORTHERN DISTRICT OF CALIFORNIA**

19

| | | |
|---|---|---|
| 20 | STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated, ) ) ) | CASE NO.: C-05-3403-CRB |
| 21 | ) | **STIPULATION AND [PROPOSED]** |
| 22 | Plaintiff, ) ) | **ORDER APPROVING CLARIFYING AMENDMENT TO** |
| 23 | ) ) | **SETTLEMENT AGREEMENT, AND FOR PRELIMINARY** |
| 24 | v. ) ) | **APPROVAL OF CLASS ACTION SETTLEMENT AS AMENDED** |
| 25 | WELLS FARGO & COMPANY ) | |
| 26 | AND WELLS FARGO BANK, N.A., ) ) | Complaint Filed: August 22, 2005 |
| 27 | Defendants. ) ) | Trial Date:    Not Set |
| 28 | ) | |

07725/0070/623151.1
STIPULATION AND [PROPOSED] ORDER APPROVING CLARIFYING AMENDMENT        1
TO SETTLEMENT AGREEMENT, AND FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT AS AMENDED

1   This Court entered on March 27, 2007, an Order Preliminarily Approving Settlement and Provisionally Approving Class for Settlement Purposes, and With Respect to Class Notice, Fairness Hearing and Administration (the "Order").

Plaintiff and Defendants desire to clarify certain provisions in the Settlement Agreement and the Claim Form as a result of information provided to Plaintiff and Defendants subsequent to the Order. The clarifications to the Settlement Agreement set forth in the attached Clarifying Amendment to Settlement Agreement (the "Amendment") preserve the value of each of the settlement benefits to be provided to class members and enhance the total value of the settlement benefits to be provided to class members.

The reasons for the amendments are explained in the attached Amendment.

These clarifications do not necessitate the change of any of the dates or deadlines in the Court's March 27, 2007, Order, and the parties fully intend to comply with the deadlines established therein, provided that the Court is able to promptly approve the Amendment .

Accordingly, the parties stipulate and jointly move this Court to:

1.   Approve the Amendment filed herewith;

2.   Approve the revised Claim Form and Second Request Form attached as Exhibits 1 and 2, respectively, to the Amendment; and

3.   Reaffirm the Court's Order Preliminarily Approving Settlement and Provisionally Approving Class for Settlement Purposes, and With Respect to Class Notice, Fairness Hearing and Administration, as amended by the Clarifying Amendment.

Dated: April 13, 2007                    DOUGLAS BOWDOIN, P.A.

                                          By: /s/ Douglas Bowdoin
                                                  Douglas Bowdoin

                                          Counsel for Plaintiff

07725/0070/623151.1
STIPULATION AND [PROPOSED] ORDER APPROVING CLARIFYING AMENDMENT
TO SETTLEMENT AGREEMENT, AND FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT AS AMENDED

2

Dated: April 13, 2007                      SEVERSON & WERSON
                                           A Professional Corporation

                                           By: /s/ Michael J. Steiner  _____
                                                   Michael J. Steiner

                                           Counsel for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

IT IS SO ORDERED:

Dated:  April 20        , 2007       _____
                                     United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

---

07725/0070/623151.1
STIPULATION AND [PROPOSED] ORDER APPROVING CLARIFYING AMENDMENT        3
TO SETTLEMENT AGREEMENT, AND FOR PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT AS AMENDED