**Gail Killefer**, CSBN 157248
417 Montgomery Street, Suite 300
San Francisco, California 94104
Telephone: (415) 362-8640
Facsimile: (415) 383-8545

Terry Smiljanich (Florida Bar No. 145359)
Jill H. Bowman (Florida Bar No. 057304)
**JAMES HOYER NEWCOMER
& SMILJANICH, P.A.**
4830 West Kennedy Boulevard, Suite 550
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

Douglas Bowdoin (Florida Bar No. 310360) (appearance pro hac vice)
**DOUGLAS BOWDOIN, P.A.**
255 South Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 422-0025
Facsimile: (407) 843-2448

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: C-05-3403-CRB<br><br>**STIPULATION RE APPEARANCE OF EVAN HENDRICKS BY TELEPHONE FOR FAIRNESS HEARING AND [PROPOSED ORDER]; AND CERTIFICATION OF NOTICE TO OBJECTORS OF CHANGED HEARING TIME AND TELEPHONIC APPEARANCE OF HENDRICKS**<br><br>Date:   June 29, 2007<br>Time:   2:30 p.m.<br>Dept.:  Courtroom 8, 19th Floor<br>Judge:  The Hon. Charles Breyer |

Plaintiff has requested that this Court grant Final Approval of the Settlement, preliminarily approved on March 27, 2007, and for entry of final judgment including an award of attorneys' fees and expenses and establishing a modest appeal bond. Hearing on the Motion for Final Approval was originally

scheduled for June 29, 2007 at 10:00 a.m.  On or about June 21, 2007, the Court issued an Order re-setting the time for the final approval hearing from 10:00 a.m. to 2:30 p.m. on June 29, 2007.

In support of its motion, Plaintiff has submitted the Declaration of Evan Hendricks a privacy expert familiar with the benefits to be provided by Wells Fargo upon final approval of the Settlement.  Plaintiff represents that Mr. Hendricks is ready, willing, and able to appear by telephone during the final approval hearing scheduled for June 29, 2007 at 2:30 p.m.   Defendants have no objection and stipulate to Mr. Hendricks appearance by telephone.  Plaintiff represents that Mr. Hendricks will be on stand-by awaiting contact by the Court at a number to be provided to the Court by Class Counsel at the hearing.  Plaintiff represents that Mr. Hendricks will be available to answer any questions for the Court and to be subject to any cross-examination.

Therefore, the parties, by and through their respective counsel of record, stipulate as follows.

1.     Declarant Evan Hendricks shall be available by telephone at a number to be provided by Class Counsel beginning at 2:30 p.m. on June 29, 2007 until such time as the Court contacts Mr. Hendricks to testify in connection with the Motion for Final Approval of the Class Action Settlement.

Further, Class Counsel hereby certifies to this Court that it has provided all record Objectors, by overnight mail or facsimile, a copy of the Court's Order re-setting the hearing for 2:30 p.m. on June 29, 2007.   Class Counsel also certifies

that it has provided a copy of this Stipulation to all record Objectors by overnight mail or facsimile.

Dated: June 25, 2007                JAMES, HOYER, NEWCOMER
                                                                               & SMILJANICH, P.A.

                                                                               By: /s/ Jill H. Bowman
                                                                                   Jill H. Bowman

                                                                              Counsel for Plaintiff

Dated: June 25, 2007                SEVERSON & WERSON
                                                                               A Professional Corporation

                                                                               By: /s/ Michael J. Steiner
                                                                                   Michael J. Steiner

                                                                              Counsel for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

IT IS SO ORDERED:

Dated: _____June 27_____, 2007

_____
United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer