IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YEAGLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A.,<br><br>    Defendants.<br>_____/ | No. C 05-03403 CRB<br><br>**ORDER** |

   Now pending before the Court is class counsel's motion for $1.5 million in attorneys' fees. In support of their motion counsel contend that their lodestar fee is approximately $988,000.00. Counsel are directed to file under seal detailed time records documenting their lodestar on or before October 1, 2007.

   If counsel for the objectors wish to apply for an award of attorneys' fees, they, too shall file a declaration along with their time records by October 1, 2007.

   **IT IS SO ORDERED.**

Dated: September 20, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3403\orderretimerecords.wpd