1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   STEPHEN YEAGLEY,                         No. C 05-03403 CRB
12                Plaintiff,                   **ORDER**
13        v.
14   WELLS FARGO & COMPANY, WELLS
     FARGO BANK, N.A.,
15
16                Defendants.
     _____/
17
18        The Court has recently received notice that objectors Rose A. Munoz and Michael L.
19   Broughton have withdrawn their objections to the proposed settlement of this action and the
20   attorneys' fees sought by plaintiffs' counsel and that plaintiffs' counsel has agreed to pay the
     objectors' attorneys their attorneys fees.  Plaintiffs' counsel shall file a declaration with the
21   Court identifying the amount of attorneys fees they have agreed to pay to counsel for the
22   objectors.
23        **IT IS SO ORDERED.**
24
25   Dated: October 11, 2007            _____
                                        CHARLES  R. BREYER
26                                      UNITED STATES DISTRICT JUDGE
27
28

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28