Darrell Palmer (CA SBN 125147)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email:  darrell.palmer@cox.net

Counsel for Objector, Rose A. Munoz

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN C. YEAGLEY, individually and on behalf of all persons similarly situated,<br><br>              Plaintiff,<br><br>       vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>              Defendants. | Case No.  3:05-CV-3403 CRB<br><br>**ADVISORY TO THE COURT REGARDING ATTORNEYS' FEES** |

**ADVISORY TO THE COURT REGARDING ATTORNEYS' FEES**

1.      The Court recently invited counsel for objectors to submit applications for an attorneys fee award (doc #147 ) and then ordered that Class Counsel disclose to the Court what attorneys' fees it has agreed to pay the objectors' counsel (doc #154).

2.      As outlined in Document 155, by mutual agreement class counsel and objectors' counsel have made an agreement regarding attorney fees which recognizes and accommodates the absence of a common fund in this settlement from which to award the fees without the consent of the Defendant who is to pay the fees. The Defendant only agreed to pay fees to Class Counsel and only "in addition to, and not out of, the Settlement Benefit available to Class Members" (Settlement Agreement, paragraph 3.23, p. 19).

4.      Therefore, when the Court issued the order regarding attorneys' fees (Doc #147), Class Counsel and objectors counsel conferred and made an agreement which provides for a reasonable payment of providing for an share in fees awarded to Class Counsel, if and when fees were awarded, and

1

on a sliding scale (with a minimum and maximum) depending on how much attorneys' fees were awarded to Class Counsel.

      WHEREFORE, Rosa A Munoz requests the Court to award to Class Counsel the appropriate amount of its request for attorneys' fees and expenses.

Dated: October 18, 2007

                                      DARRELL PALMER
                                      Attorney for Objector, Rose A. Munoz

**ADVISORY TO THE COURT REGARDING ATTORNEYS' FEES**

Re:  YEAGLEY V. WELLS FARGO & COMPANY ET AL
USDC NO DIST CA Case no. 3:05-CV-3403

## DECLARATION OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, ALISON PAUL, declare as follows:

I am employed with the Law Offices of Darrell Palmer whose address is 603 N. Highway 101, Suite A. Solana Beach, CA 92075  I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen (18) and I am not a party to this action.

On October 18, 2007, I caused to be served the following:

**ADVISORY TO THE COURT REGARDING ATTORNEYS' FEES**
on the interested parties:

| Plaintiff's Counsel: | Defendants' Counsel: |
|---|---|
| **Jill H. Bowman** | **Michael J. Steiner** |
| **James Hoyer Newcomer& Smiljanich, P.A.,** | **Severson & Werson, P.C.,** |
| **One Urban Center, Suite 550,** | **One Embarcadero Center, Suite 2600,** |
| **4830 West Kennedy Blvd,** | **San Francisco, CA 94111** |
| **Tampa, Florida 33609** | |

\_\_\_\_\_ by placing a copy in a separate envelope addressed to each addressee as indicated below and personally delivering it to the above named persons.

\_\_\_\_\_ by sending a copy via overnight mail. Airbill No. _____.

\_\_X\_\_ by placing a copy in a separate envelope, with postage fully prepaid, for each address named on the attached service list for collection and mailing on the above indicated day following the ordinary business practices of our offices

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at Solana Beach, California.

                                            Electronically signed_____
                                            ALISON PAUL