IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YEAGLEY,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A.,<br><br>    Defendants.            / | No. C 05-03403 CRB<br><br>**ORDER RE: OBJECTORS' ATTORNEYS' FEES** |

The Court has received notice that objectors Rose A. Munoz and Michael L. Broughton have withdrawn their objections to the proposed settlement of this action and the attorneys' fees sought by plaintiffs' counsel and that plaintiffs' counsel has agreed to pay the objectors' their attorneys' fees. Within 10 days of the date of this Order, counsel for objectors Michael L. Broughton and Rose A. Munoz shall file with the Court, under seal, detailed time records documenting the time and expenses incurred in representing the objectors in these proceedings. They shall also file under seal any written agreements with plaintiffs' counsel regarding the payment of the objectors' attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 18, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3403\orderreobjectortimerecords.wpd