**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

STEPHEN C. YEAGLEY,                                        No.  C 05-3403 CRB

12

        Plaintiff,                                        ORDER

13

  vs.

14

WELLS FARGO & COMPANY et al.,

15

        Defendants.
                          /

16
17

     Due to the wildfires located in  the Southern District of California, and good cause

18

appearing, the court extends the filing deadlines for objector Rose Munoz  for one week.

19

     SO ORDERED.

20
21

Dated:  10/29/07

22

       NANDOR J. VADAS
       United States Magistrate Judge

23
24
25
26
27
28