GAIL KILLEFER, Esq. (California Bar No. 157248)
417 Montgomery Street, Suite 300
San Francisco, CA 94104
Telephone: 415/362-8640
Facsimlie: 415/383-8545
Email: gkillefer@aol.com

Terry Smiljanich (Florida Bar No. 145359)
Jill H. Bowman (Florida Bar No. 0057304)
JAMES, HOYER, NEWCOMER &
SMILJANICH, P.A.
4830 West Kennedy Blvd.
Urban Centre One, Suite 550
Tampa, FL  33609
Telephone:  813/286-4100
Facsimile: 813/286-4174
Email: tsmiljanich@jameshoyer.com
       jbowman@jameshoyer.com
       tgivens@jameshoyer.com

Douglas Bowdoin (Florida Bar No. 310360)
DOUGLAS BOWDOIN, P.A.
255 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: 407/422-0025
Facsimile: 407/843-2448
Email: dbowdoin@bowdoinlaw.com

Attorneys for Plaintiffs

Michael J. Steiner
(Calif. Bar No. 112079)
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
Telephone: 415-398-3344
Fax 415-956-0439
Email: mjs@severson.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>    Defendants. | NO. C-05-3403-CRB<br><br>CLASS ACTION<br><br>**STIPULATION OF PARTIES ON REVIEW OF ATTORNEY TIME RECORDS** |

WHEREAS counsel for Defendants has expressed to the Court its right to review the time records of Plaintiff's counsel, previously submitted to the Court by Plaintiff's counsel under seal; and

WHEREAS counsel for Plaintiff has expressed to the Court its contention that Defendants have no such right to review such time records submitted to the Court under seal in light of the settlement agreement between the parties; and

WHEREAS the parties have expressed their contrary views in a telephonic hearing held on November 13, 2007; and

WHEREAS counsel for Defendants stated that the sole purpose for the review it seeks of such time records is to determine that the time entries contained in such records relate to work performed by Plaintiff's counsel in the above styled case, and not to other litigation prosecuted by Plaintiff's counsel; and

WHEREAS counsel for Plaintiff are willing to stipulate to a limited review of their time records in order to expedite the proceedings herein as described below; and

WHEREAS the parties agree that this stipulation does not result in a waiver of any parties' rights or obligations under the Settlement Agreement or any provision thereof;

IT IS STIPULATED AND AGREED AS FOLLOWS:

1. Counsel for Plaintiff shall submit to Michael Steiner, counsel for Defendants, a Confidential redacted copy of the time records it has previously submitted to the Court under seal.

2. Any and all redactions by Plaintiff's counsel to such records shall be solely on the basis of the existence of attorney/client or work product privileges within such time records.

3. Defendants and their counsel acknowledge that the time records submitted by plaintiff's counsel are subject to the Stipulated Protective Order entered in this case on July 18, 2006 as well as the sealing order entered by Judge Breyer on September 20, 2007, and Defendants and their counsel will accordingly treat such records as confidential and sealed pursuant to court order.  In addition, Defendants and their counsel agree that only attorneys and legal assistants at Severson & Werson and Wells Fargo Bank, N.A., who have worked on this case shall have access to such records for their review, and that the purpose of their review is to determine

1  that the material which has been submitted to the Court is what plaintiff's
2  counsel has represented it to be.
3
4      4. Defendants and their counsel agree that upon the final resolution
5  of this case all redacted time records provided by plaintiff's counsel will be
6  returned to plaintiff's counsel so that no copies of such records will be
7
8  retained by Defendants or their counsel.
9      5. If Defendants have any disagreement with any particular redaction
10 in such records, their counsel shall bring this to the attention of either Jill
11
12 Bowman or Terry Smiljanich, counsel for Plaintiff, and that the parties shall
13 attempt to resolve any differences over any such redaction.
14
15     6. If the parties are unable to resolve their differences with regard to
16 any redactions, the issue will be forthwith submitted to Magistrate Judge
17 Vadas for resolution by the Court.
18
19     7. Plaintiff's counsel agrees to provide the redacted time records to
20 Defendants' counsel on or before November 27, 2007, and Defendants'
21 counsel agree that they will complete their review of such records within 7
22
23 days thereafter.
24
25
26
27

1     8. Nothing in this stipulation is meant to modify or alter the parties'
2  rights and obligations under the Settlement Agreement dated March 22,
3  2007.
4
5  DATED: November 21, 2007         **JAMES, HOYER, NEWCOMER &**
                                    **SMILJANICH, P.A.**
6
7                                   By:_____/S/_____
                                            Terry A. Smiljanich
8
9                                   **GAIL KILLEFER, ESQUIRE**
10
                                    **DOUGLAS BOWDOIN, P.A.**
11                                  Douglas Bowdoin
12
                                    **DARBY, PEELE, BOWDOIN & PAYNE**
13                                  W. Roderick Bowdoin
                                    P. O. Drawer 1707
14                                  Lake City, FL  32056
15                                  Telephone:  (386) 752-4120
                                    Facsimile:  (386) 755-4569
16
17                                  **LAW OFFICES OF J. CRAIG BOURNE**
                                    J. Craig Bourne
18                                  1520 East Livingston Street
19                                  Orlando, FL  32803
                                    Telephone:  (407) 894-6750
20                                  Facsimile:  (407) 894-4735
21                                  Attorneys for Plaintiff
22
23
24
25
26
27
07725/0070/649412.1            - 4 -      Stipulation of Parties on Review of Attorney Time Records
                                                              Case No. C-05-3403-CRB

| | |
|---|---|
| 1 | _____/S_____ |
| 2 | Michael J. Steiner |
|  | (California Bar No. 112079) |
| 3 | **Severson & Werson** |
|  | One Embarcadero Center, |
| 4 | Suite 2600 |
| 5 | San Francisco, CA  94111 |
|  | Tel. 415-398-3344 |
| 6 | Fax 415-956-0439 |
| 7 | **Attorneys for Defendants** |

8

9

10  SO ORDERED this __27__ day of November, 2007.

11  _____

12  Magistrate ~~Nandoor~~ Vadas
         Nandor

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27