| | |
|---|---|
| 1 | GAIL KILLEFER (State Bar No. 157248) |
| 2 | 417 Montgomery Street, Suite 300<br>San Francisco, CA 94104 |
| 3 | Telephone: (415) 362-8640)<br>Facsimile: (415) 383-8545 |
| 4 | TERRY A. SMILJANICH (Fla. Bar No. 145359)<br>JILL H. BOWMAN (Fla. Bar No. 057304) |
| 5 | JAMES HOYER NEWCOMER & SMILJANICH, P.A.<br>4830 West Kennedy Boulevard, Suite 550 |
| 6 | Tampa, FL 33608<br>Telephone: (813) 286-4100 |
| 7 | DOUGLAS BOWDOIN (Fla. Bar No. 310360)<br>DOUGLAS BOWDOIN, P.A. |
| 8 | 255 South Orange Avenue, Suite 800<br>Orlando, FLA 32801 |
| 9 | Telephone: (407) 422-0025<br>Facsimile: (407) 843-2448 |
| 10 | Attorneys for Plaintiff |
| 11 | STEPHEN C. YEAGLEY and the<br>SETTLEMENT CLASS |
| 12 | MICHAEL J. STEINER (State Bar No. 112079) |
| 13 | mjs@severson.com<br>DONALD J. QUERIO (State Bar No. 54367) |
| 14 | djq@severson.com<br>JOSHUA E. WHITEHAIR (State Bar No. 244900) |
| 15 | jew@severson.com<br>SEVERSON & WERSON |
| 16 | A Professional Corporation<br>One Embarcadero Center, Suite 2600 |
| 17 | San Francisco, CA 94111<br>Telephone: (415) 398-3344 |
| 18 | Facsimile: (415) 956-0439 |
| 19 | Attorneys for Defendants<br>WELLS FARGO & COMPANY and |
| 20 | WELLS FARGO HOME MORTGAGE, a<br>division of WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. YEAGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and<br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: C-05-3403-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TIMING OF REQUEST FOR SECOND CREDIT REPORT AND SECOND CREDIT SCORE**<br><br>Judge:  The Hon. Charles R. Breyer |

| | |
|---|---|
| 1 | Plaintiff Stephen C. Yeagley, by and through his counsel of record, and defendants Wells |
| 2 | Fargo & Company and Wells Fargo Bank, N.A., by and through their counsel of record, hereby |
| 3 | stipulate as follows: |

1. On or about April 13, 2007, the parties submitted their Clarifying Amendment to Settlement Agreement (Clarifying Amendment), a copy of which is attached hereto as Exhibit A.

2. On or about April 20, 2007, the Court entered its Order Approving Clarifying Amendment etc., a copy of which is attached hereto as Exhibit B.

3. One of the purposes of the Clarifying Amendment was to ensure that Settlement Class members receive the maximum potential benefit by ensuring that the Second Credit Report and Second Credit Score be received between three months and fifteen months after the initial Credit Report and Credit Score. (Clarifying Amendment, 2: 10-26.) The Clarifying Amendment provides at page 2, line 27 through page 3, line 6:

> The parties contemplated that the Effective Date will occur in or about August 2007 and the mailing of the initial Credit Report and Credit Score will occur in or about September 2007. If the initial mailing of the initial Credit Report and Credit Score occurs in or about September, 2007, as contemplated by the parties, the request for the Second Credit Report and Second Credit Score should be submitted no earlier than January 1, 2008. If the mailing of the initial credit report and credit score is delayed past October, 2007, the parties will jointly move the Court to approve appropriate alternative dates related to the Second Credit Report and Second Credit Score.

4. The mailing of the initial credit report and credit score has been delayed past October, 2007.

5. Assuming the accompanying judgment is promptly entered, and no appeal is taken therefrom, the parties contemplate that the initial Credit Report and Credit Score as well as the Second Request form for the Second Credit Report and Credit Score will be mailed to qualified Settlement Class members who timely submitted claims in approximately April, 2008. Accordingly, the parties need to amend the Second Request form to provide that the Second Request form for a Second Credit Report and Credit Score should be submitted no sooner than July 1, 2008, but before July 1, 2009.

- 1 -

07725/0070/656819.1  Stipulation Re Timing Of Request For Second Credit Report, Etc.

6. If the mailing of the Second Request form is delayed past April 2008 for any reason, the parties may set different dates in the Second Request form in the future.

7. This change is needed to carry out the intent of the underlying settlement agreement, as approved by the Court, that qualified Settlement Class members would be permitted to request a Second Credit Report and Second Credit Score commencing approximately three months after receipt of their initial Credit Report and Credit Score, and for one year thereafter.

8. Accordingly, the parties hereby jointly request that the Court enter the accompanying order approving this stipulation amending the dates in the Second Request form describing the time period in which qualified Settlement Class members may request a Second Credit Report and Second Credit Score.

Dated: February 8, 2008

JAMES HOYER NEWCOMER & SMILJANICH, P.A.

By: _____/S/_____
Terry A. Smiljanich

Attorneys for Plaintiff
STEPHEN C. YEAGLEY and the
SETTLEMENT CLASS

Dated: February 8, 2008

SEVERSON & WERSON
A Professional Corporation

By: _____/S/_____
Michael J. Steiner

Attorneys for Defendants
WELLS FARGO & COMPANY and WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Pursuant to the Stipulation of the parties, IT IS SO ORDERED: The parties may amend the dates in the Second Request form consistent with the accompanying stipulation.

Dated: __February 11___, 2008

_____
United States District Court Judge

