**FILED**

MAY 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 07 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>and<br><br>PATRICIA ANTHONY,<br><br>Interested Party - Appellant,<br><br>v.<br><br>WELLS FARGO & COMPANY; et al.,<br><br>Defendants - Appellees. | No. 08-15725<br><br>D.C. No. 05-CV-03403-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator