IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YEAGLEY, | No. C 05-03403 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| WELLS FARGO & COMPANY ET AL, | |
| Defendant. | |

Now pending before the Court is Danny O'Dell's motion to pursue an appeal to the Ninth Circuit Court of Appeals without payment of the filing fee.

> Under 28 U.S.C. section 1915(a), "(a)n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The good faith requirement is satisfied if the petitioner seeks review of any issue that is "not frivolous." "Unless the issues raised are so frivolous that the appeal would be dismissed in the case of a nonindigent litigant . . . the request of an indigent for leave to appeal in forma pauperis must be allowed."

Gardner v. Pogue, 558 F.2d 548, 550-551 (9th Cir.1977) (citations omitted). O'Dell's Notice of Appeal states:

> Major Fraud has been committed by Judge Charles R. Breyer. That in fact Judicial Fraud pursuant to bribery with abuse of official capacity has this matter on Appeal. Severson & Werson Attorneys for the defendants Wells Fargo are aware of this conspiracy of fraud and they are part of that conspiracy of fraud.

Docket No. 182. The Court DENIES appellant's application as this appeal is not taken in

good faith and is frivolous.

**IT IS SO ORDERED.**



Dated: May 12, 2008

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3403\orderreifpodell.wpd             2