**FILED**

JUL 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 01 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>and<br><br>DANNY O'DELL,<br><br>Interested Party - Appellant<br><br>v.<br><br>WELLS FARGO & COMPANY; et al.,<br><br>Defendants - Appellees. | No. 08-15744<br><br>D.C. No. 3:05-CV-03403-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: REINHARDT and BERZON, Circuit Judges.

The district court has certified that this appeal is not taken in good faith, and denied appellant's motion to proceed in forma pauperis on appeal. Our review of the record confirms that appellant is not entitled to in forma pauperis status for this appeal. *See* 28 U.S.C. § 1915(a). Appellant's motion to proceed in forma pauperis is denied.

Accordingly, within 21 days after the date of this order, appellant shall pay $455.00 to the district court as the docketing and filing fees for this appeal and file

cj/MOATT

proof of payment with this court. Failure to pay the fees will result in the automatic dismissal of the appeal by the Clerk for failure to prosecute, regardless of further filings. *See* 9th Cir. R. 42-1.

No motions for reconsideration, clarification, or modification of the denial of appellant's in forma pauperis status shall be filed or entertained.

If appellant pays the fees as required and files proof of such payment in this court, appellant shall simultaneously show cause why the judgment challenged in this appeal should not be summarily affirmed. *See* 9th Cir. R. 3-6. If appellant elects to show cause, a response may be filed within 8 days after service of appellant's filing. If appellant pays the fees but fails to file a response to this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

If the appeal is dismissed for failure to comply with this order, the Clerk shall not file or entertain any motion to reinstate the appeal that is not accompanied by proof of payment of the docketing and filing fees and a response to the order to show cause.

Briefing is suspended pending further order of this court.

cj/MOATT 2