UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEPHEN C. YEAGLEY, on behalf of himself and those similarly situated,

    Plaintiff - Appellant,

v.

WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,

    Defendants - Appellees.

No. 08-15378

D.C. No. CV-05-03403-CRB
U.S. District Court for Northern California, San Francisco

**MANDATE**

    The judgment of this Court, entered February 22, 2010, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk